**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6423

ROBERT G. MOORE,

                                      Plaintiff - Appellant,

        versus

EARL D. BESHEARS, Warden; QUENSEY, P.A.; OFFI-
CER PARKS; OFFICER ADAMS; OFFICER MARSHALL;
LIEUTENANT SPROWL; OFFICER BALLARD; OFFICER
GRADY;  OFFICER  BROMLEY;  LIEUTENANT  VANN;
SERGEANT BARKER,

                                      Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-96-79-WMN)

Submitted:  June 12, 1997          Decided:  June 18, 1997

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Robert G. Moore, Appellant Pro Se.  John Joseph Curran, Jr., Attor-
ney General, Glenn T. Marrow, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert G. Moore appeals the district court order granting in part and denying in part the Defendants' motion for summary judgment in Moore's 42 U.S.C. § 1983 (1994) action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>